Argued and submitted January 26, reversed and remanded for reconsideration
March 6, 1996

In the Matter of the Compensation of
Kerry T. Grewell, Claimant.

Kerry T. GREWELL,
*Petitioner,*

*v.*

HARRIS TRANSPORT CO.
and SAIF Corporation,
*Respondents.*

(94-07439; CA A88409)

912 P2d 432

Meagan A. Flynn argued the cause for petitioner. With her on the brief was Pozzi Wilson Atchison.

Steven R. Cotton, Special Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Phillips v. Hammond,* 139 Or App 506, 912 P2d 430 (1996); *Carroll v. Boise Cascade Corp.,* 138 Or App 610, 910 P2d 1111 (1996).